UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                              )   Case No. 23-30365
                                                    )
    Melvin H. Balduf, Jr.                         )   Hon. John P. Gustoafson
    xx-9452                                       )
        Debtor                                    )   DEBTOR'S AMENED SCHEDULES

The attachments hereto update the following schedules and forms:

   __A     __B     __C     __D     __E     __F

  X_G     __H     __I     __J

<u>Summary of Schedules and Statistical Summary, Amd Cred Matrix & Statement of Intent</u>

Debtors represent that the attached schedules and forms contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtors, and their signatures below is their certification that the statements are true and correct.

Date: 4/11/2023                                                   <u>/S/Melvin H. Balduf, Jr.</u>

## CERTIFICATION OF SERVICE

Pursuant to Bankruptcy Rule 1009, I certify that a copy of the Bankruptcy Notice and this amendment was sent to the following additional creditor by First Class mail on April 11, 2023:

C3 Rentals
107 Imperial Blvd
Suite 10
Hendersonville, TN 37075

      I certify that a copy of this Amendment was sent electronically to the following parties on April 11, 2023:

| | |
|---|---|
| Elizabeth Vaughan, Trustee<br>316 N. Michigan, Ste. 501<br>Toledo, OH 43604 | officeofstanding@att.net |
| Office of the U.S. Trustee<br>201 Superior Ave. E., Ste 441<br>Cleveland, OH 44114 | ustp.region09@usdoj.gov |

                                              /S/ Thomas E. Cafferty
                                              Thomas E. Cafferty

Fill in this information to identify your case:

Debtor 1: Melvin H. Balduf Jr.
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 23-30365
(If known)

☒ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ........................................................... $0.00

   1b. Copy line 62, Total personal property, from Schedule A/B .................................................. $22,704.95

   1c. Copy line 63, Total of all property on Schedule A/B ............................................................ $22,704.95

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of Schedule D ............ $24,625.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F ........... $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ....... + $25,697.00

   **Your total liabilities**    $50,322.00

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I .................................................. $6,700.00

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J ........................................................... $6,723.30

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 1,600.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1: Melvin H. Balduf Jr.

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Ohio

Case number (if known): 23-30365

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 C3 Rentals<br>Name<br>107 Imperial Blvd Suite 10<br>Street<br>Hendersonville TN    37075<br>City    State    ZIP Code | 2022 Portable Utility Building (unk) |

**Fill in this information to identify your case:**

Debtor 1: Melvin H. Balduf Jr.
    First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number (if known): 23-30365

☒ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Bridgecrest Financial<br>Description of property securing debt: 2011 Ram 1500 | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| Creditor's name: 3 C Rentals LLC<br>Description of property securing debt: 2022 Utility Trailer | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: C3 Rentals<br>Description of leased property: 2022 Portable Utility Building (unk) | ☐ No<br>☒ Yes |

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Melvin H. Balduf Jr.
Signature of Debtor 1

Date 04/11/2023
MM/DD/YYYY

✖ 
Signature of Debtor 2

Date 04/11/2023
MM/DD/YYYY

United States Bankruptcy Court
Northern District of Ohio

In re: Melvin H. Balduf Jr.

Case No. 23-30365

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/11/2023

/s/ Melvin H. Balduf Jr.
Signature of Debtor

_____
Signature of Joint Debtor

C3 Rentals
107 Imperial Blvd
Suite 10
Hendersonville, TN 37075