In re:                                                                                          Case No. 23-30365-jpg
Melvin H. Balduf, Jr.                                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3        User: admin        Page 1 of 2
Date Rcvd: Jul 06, 2023        Form ID: 318        Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin H. Balduf, Jr., 2549 Taft Ave, Oregon, OH 43616-3829 |
| 27453232 | #+ | 3 C Rentals LLC, 107 Imperial Blvd, Suite 10, Hendersonville, TN 37075-3441 |
| 27453233 | + | AutoMax, 2255 Navarre Ave, Oregon, OH 43616-3161 |
| 27486375 | #+ | C3 Rentals, 107 Imperial Blvd, Suite 10, Hendersonville, TN 37075-3441 |
| 27453248 | + | X-S Storage, 925 13th Place, Cape Coral, FL 33990-3066 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 06 2023 21:09:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | | EDI: ATLASACQU | Jul 07 2023 01:02:00 | Atlas Acquisitions LLC, 492C Cedar Lane Suite 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Jul 07 2023 01:02:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 27467547 | | EDI: ATLASACQU | Jul 07 2023 01:02:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 27453234 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 06 2023 21:10:00 | Bridgecrest Financial, 7300 E Hampton Ave #101, Mesa, AZ 85209-3324 |
| 27453235 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2023 21:21:31 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 27453236 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 06 2023 21:21:45 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving, TX 75063-3228 |
| 27453237 | + | EDI: PHINGENESIS | Jul 07 2023 01:02:00 | FEB Destiny, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 27453238 | + | EDI: JEFFERSONCAP.COM | Jul 07 2023 01:02:00 | Jefferson Capital Systems, LLC, P.O. Box 17210, Golden, CO 80402-6020 |
| 27453239 | + | Email/Text: bankruptcynotices@keybridgemed.com | Jul 06 2023 21:10:00 | Keybridge Medical Revenue Services, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 27453240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 21:21:31 | LVNV Funding LLC c/o Resurgent Capital Svcs., P.O. Box 10497, Greenville, SC 29603-0497 |
| 27453241 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 21:21:29 | LVNV Funding, LLC, 55 Beattie Place, Ste. 110, Greenville, SC 29601-5115 |
| 27453242 | + | Email/Text: customerservicecalls@promedica.org | Jul 06 2023 21:09:00 | Promedica, 2142 N. Cove Blvd., Toledo, OH 43606-3895 |

| | | | | |
|---|---|---|---|---|
| 27453243 | + | Email/Text: cs@securitycreditservicesllc.com | Jul 06 2023 21:09:00 | Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 27453244 | | EDI: CBSMASON | Jul 07 2023 01:02:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 27453245 | + | Email/Text: accountservicing@trueaccord.com | Jul 06 2023 21:09:00 | TrueAccord, 16011 College Blvd, Suite 130, Shawnee Mission, KS 66219-9877 |
| 27453246 | | Email/Text: bankruptcynotice@unifininc.com | Jul 06 2023 21:09:00 | Unifin, Inc, P.O. Box 4519, Skokie, IL 60076 |
| 27453247 | + | EDI: VERIZONCOMB.COM | Jul 07 2023 01:02:00 | Verizon, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Patti Baumgartner-Novak | pnovak@bex.net  kroseman@bex.net;OH76@ecfcbis.com |
| Thomas E. Cafferty | on behalf of Debtor Melvin H. Balduf Jr. tcafferty@bex.net |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Melvin H. Balduf Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9452<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 23-30365-jpg | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melvin H. Balduf Jr.

7/6/23

**By the court:** <u>JOHN P. GUSTAFSON</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**