Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604
**Case No. 23−30365−jpg**

**In re:**
  Melvin H. Balduf Jr.
  2549 Taft Ave
  Oregon, OH 43616

**Social Security No.:**
  xxx−xx−9452

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐  The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑  Patti Baumgartner−Novak is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑  The Chapter 7 case of the debtor(s) is closed; and

☐  Other provisions as needed.


**Dated:** July 11, 2023
Form ohnb136a